OPINION — AG — ** ADMINISTRATIVE CONTROL — VETERANS INSTITUTIONS ** QUESTION: CAN THE WAR VETERANS COMMISSION ESTABLISH ADMINISTRATIVE CONTROL OF OKLAHOMA STATE WAR VETERANS FACILITIES, THROUGH THE DIRECTOR, STATE VETERANS DEPARTMENT UNDER EXISTING LAWS ? — AFFIRMATIVE (RULES AND REGULATIONS) CITE: 51 O.S. 6 [51-6] (DUAL OFFICE HOLDING), 72 O.S. 63.1 [72-63.1], 72 O.S. 221 [72-221] 72 O.S. 225 [72-225] (JAMES P. GARRETT)